Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Donald Rodriguez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD RODRIGUEZ, | Case No.: 1:15-cv-01155-SMS |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Donald Rodriguez ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation

-1-

pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: March 16, 2016  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*
BY:_____
Young Cho
Attorney for plaintiff Donald Rodriguez

DATE: March 16, 2016  BENJAMIN B. WAGNER
United States Attorney

/s/ *Michael K. Marriott*
_____
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

Approved and so ordered:

IT IS SO ORDERED.

Dated: __**March 22, 2016**__         __/s/ Sandra M. Snyder__
UNITED STATES MAGISTRATE JUDGE